IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-CR-146 |
| ) | |
| LEROY VICTOR BROOKS ) | |

**MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion for a continuance of his February 21, 2012 trial date [doc. 22]. Therein, the defendant argues that his counsel needs additional investigative time to prepare for trial.

The court finds the motion well taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that the failure to grant the motion would deny defense counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

It is hereby **ORDERED** that the defendant's motion [doc. 22] is **GRANTED**, and this criminal case is **CONTINUED** to Monday, **May 7, 2012, at 9:00 a.m.** The new plea cutoff and motion filing date is April 23, 2012.

ENTER:


_____s/ Leon Jordan_____
United States District Judge